☞ **ORIGINAL**

*Judge Berman*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v -                   :

ANTHONY MARTIN,                 :

        Defendant.              :

- - - - - - - - - - - - - - - - x
```

**07 CRIM 1226**

NOTICE OF INTENT TO
<u>FILE AN INFORMATION</u>

*Judge Berman*

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            December 14, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

            By:   */s/ Reed Michael Brodsky*
                     Reed Michael Brodsky
                     Assistant United States Attorney

                AGREED AND CONSENTED TO:

            By:   */s/ Alexander E. Eiseman*
                     Alexander E. Eiseman, Esq.
                     Attorney for Anthony Martin

[ELECTRONICALLY FILED 12/14/07]

12/14/07 WHEEL A